**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 38 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Montgomery |
| | : County Court of Common Pleas, dated |
| | : March 21, 2014, exited March 24, 2014, at |
| v. | : No. CP-46-CR-0000139-2013 |
| | : |
| | : |
| WILLIAM BATES, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).